DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J. REYNOLDS TOBACCO COMPANY** and **PHILIP MORRIS USA, INC.,**
Appellants,

v.

**HERBERT LANDI,** as personal representative of the **ESTATE OF MARION LANDI,**
Appellee.

No. 4D18-2507

[June 11, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 08-025814 (13).

William L. Durham II and Val Leppert of King & Spaulding LLP, Atlanta, for appellant R.J. Reynolds Tobacco Company.

Laura K. Whitmore of Shook, Hardy & Bacon LLP, Tampa, Geoffrey Michael and David K. Menichetti of Arnold & Porter Kaye Scholer LLP, Washington, DC, for appellant Philip Morris USA Inc.

Scott Schlesinger, Steven Hammer, Jonathan Gdanski and Brittany Chambers of Schlesinger Law Offices, Fort Lauderdale, Shea T. Moxon and Celene H. Humphries of Brannock Humphries & Berman, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

Levine, C.J., DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***